UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RYLAND HOMES OF CALIFORNIA, INC.,

       Plaintiff,

  v.

EAGLE MEADOWS OF CALIFORNIA, LLC, et al.,

       Defendants.

No. 2:10-cv-01908 MCE-DAD

ORDER

----oo0oo----

Before the Court is Defendants Specialty Mortgage Corporation and Specialty Trust, Inc.'s ("Defendants") Motion for Transfer of Venue, whereby Defendants request that for efficiency reasons, the case should be transferred to the United States District Court, District of Nevada, for ultimate adjudication by the United States Bankruptcy Court, District of Nevada. (ECF No. 9.)

///

///

///

1

1    Plaintiff sued Defendant Eagle Meadows for the return of a
2 $1 million USD earnest money deposit on property Eagle Meadows
3 was supposed to sell to Plaintiff.  The dispute between Plaintiff
4 and Defendants arises from a claim of liens against property
5 Eagle Meadows previously owned that Defendants have a multi-
6 million dollar deed of trust against; the same land Plaintiff had
7 intended to purchase before their deal with Eagle Meadows fell
8 through.  Plaintiff believes their claim to the earnest money is
9 senior to Defendants' interest in the same property.
10    Defendants are now in bankruptcy proceedings in the United
11 States District Court, District of Nevada.  They seek transfer to
12 "consolidate and resolve all outstanding issues between the
13 parties" in an "economic and efficient administration of" the
14 estate.  (ECF No. 9 at 3.)
15    The Court is aware that transfer of venue to Nevada District
16 Court, and eventually United States Bankruptcy Court, District of
17 Nevada, would be convenient for Defendants.  However, the Court
18 must consider the rights and convenience for all parties
19 involved.
20    Therefore, Defendants' Motion for Transfer of Venue is
21 DENIED.  However, the case is administratively stayed pending
22 resolution of Defendants' bankruptcy issues in front of the
23 United States Bankruptcy Court, District of Nevada, and the
24 parties are to file Joint Status Reports every sixty (60) days
25 until the bankruptcy case is resolved.
26 ///
27 ///
28 ///

1  The parties have twenty (20) days from the electronic filing of
2  this order to object.  Upon no objections, the Clerk is ordered
3  to administratively close the case and remove it from the Court's
4  open case files.
5     IT IS SO ORDERED.
6  Dated: November 10, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE