UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| RYLAND HOMES OF CALIFORNIA, INC., | No. 2:10-cv-01908 MCE-DAD |
| Plaintiff, | |
| v. | ORDER |
| EAGLE MEADOWS OF CALIFORNIA, LLC, et al., | |
| Defendants. | |

Upon no objections filed with respect to the Court's Order Denying Defendants' Specialty Mortgage Corporation and Specialty Trust, Inc.'s Motion for Transfer of Venue (ECF No. 15), the above-captioned case is hereby administratively stayed pending resolution of any bankruptcy issues in the United States District Court, District of Nevada, and the parties are to file a Joint Status Report every sixty (60) days until said resolution.

///

///

///

1

The Clerk is ordered to administratively close the case and/or remove it from the Court's open case files pending further order of the Court.

IT IS SO ORDERED.

Dated: December 7, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE