1  Dale C. Campbell, State Bar No. 99173
   Darrin M. Menezes, State Bar No. 202729
2  **weintraub tobin** chediak coleman grodin
   law corporation
3  400 Capitol Mall, 11th Floor
   Sacramento, California  95814
4  (916) 558-6000 – Main
   (916) 446-1611 – Facsimile
5
   Attorneys for Plaintiff
6  Ryland Homes of California, Inc.

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 RYLAND HOMES OF CALIFORNIA INC., a   ) Case No. 2:10-CV-01908-MCE-DAD
   California corporation,              )
11                                      ) **STIPULATION AND ORDER RE:**
              Plaintiff,                ) **DISMISSAL WITH PREJUDICE**
12                                      ) **[Fed. R. Civ. P. 41(a)(1)(A)(ii)]**
       vs.                              )
13                                      )
   EAGLE MEADOWS OF CALIFORNIA,         ) **Courtroom: 7, 14th Floor**
14 LLC,                                 ) **Judge: Hon. Morrison C. England, Jr.**
   et al.                               )
15            Defendants.               )
                                        )
16 _____ )

17     The parties to this action, by and through their respective counsel of record, hereby

18 stipulate that both parties have entered into a formal written settlement agreement which calls for,

19 among other things that this matter is to be dismissed, with prejudice, in its entirety.  Therefore, it

20 is further stipulated that, in accordance with the Federal Rules of Civil Procedure, Rule

21 41(a)(1)(A)(ii), this matter is to be dismissed, with prejudice, in its entirety, each party to bear

22 their own fees and costs.

23                              Respectfully submitted.

24

25 Dated: July 19, 2012        **weintraub tobin** chediak coleman grodin
                               LAW CORPORATION
26

27                             By:     /s/ Dale C. Campbell
                                     **Dale C. Campbell**
28                                   Attorneys for Plaintiff Ryland Homes of California,
                                     Inc.

{1509483.DOC;}                                    Stipulation and Order re: Dismissal

Dated: July 23, 2012 **Steyer Lowenthal Boodrookas Alvarez & Smith LLP**

By:     /s/ Jeffrey H. Lowenthal
**Jeffrey H. Lowenthal**
Attorneys for Defendant Specialty Trust, Inc.

### ORDER

The above stipulation is accepted and, good cause appearing, this matter is dismissed in its entirety, with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: July 31, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

{1509483.DOC;} Stipulation and Order re: Dismissal